IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNY R. DAWKINS,                    ) | |
|                                                            ) | |
|             Plaintiff,                         ) | |
|                                                            ) | |
| v.                                                      ) | Case No. CIV-12-21-M |
|                                                            ) | |
| JUSTIN JONES, ODOC Director,   ) | |
|                                                            ) | |
|             Defendant.                      ) | |

### ORDER

On January 12, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. The Magistrate Judge recommended that this Court transfer this action to the Eastern District of Oklahoma. The parties were advised of their right to object to the Report and Recommendation by January 30, 2012. To date, neither party has filed an objection.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 12, 2012 [docket no. 4], and

(2)    TRANSFERS this action to the Eastern District of Oklahoma.

IT IS SO ORDERED this 6th day of February, 2012.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE